AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

17 AUG 14 PM 1:45

CLERK-ALBUQUERQUE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| DENNIS ANTHONY SAAVEDRA (born 1983) | ) | |
| | ) | 17mj1978 |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DENNIS ANTHONY SAAVEDRA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 2113 - BANK ROBBERY

Date: 8/3/2017

*Issuing officer's signature*

City and state:   Albuquerque, New Mexico

William P. Lynch, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8-3-17, and the person was arrested on *(date)* 8-12-17
at *(city and state)* LAS VEGAS, NM.

Date: 8-14-17

*Arresting officer's signature*

BRYAN LEE, FBI SA
*Printed name and title*